1  Mary E. McCutcheon (State Bar No. 099939)
     mmccutcheon@fbm.com
2  Tyler C. Gerking (State Bar No. 222088)
     tgerking@fbm.com
3  Brett R. Wheeler (State Bar No. 260714)
     bwheeler@fbm.com
4  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Plaintiffs
   SEAGATE TECHNOLOGY LLC,
8  SEAGATE TECHNOLOGY
   INTERNATIONAL, SEAGATE
9  SINGAPORE INTERNATIONAL
     HEADQUARTERS PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware corporation, SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands Company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD, a Singapore corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>Defendants. | Case No.  4:09-cv-04120-CW<br><br>**STIPULATION AND <u>ORDER SELECTING ADR PROCESS</u>**<br><br>Date:             December 15, 2009<br>Time:            2:00 p.m.<br>Judge:          Hon. Claudia Wilken<br>Courtroom:   2<br><br>Complaint Filed:   September 4, 2009 |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. CV-09-4120-CW

23143\2099818.1

The parties agree to participate in the following ADR process:

**Court Processes:**
- ___ Non-binding Arbitration (ADR L.R. 4)
- ___ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- _X_ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ___ Private ADR *(please identify process and provider)*_____

The parties agree to hold the ADR session by:
- ___ the presumptive deadline *(the deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- _X_ other requested deadline: The parties jointly request a deadline of March 31, 2010 for completion of mediation.

Dated: November 24, 2009                    FARELLA BRAUN + MARTEL LLP

I represent that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of her signature on this document.

By: /s/ Tyler C. Gerking
     Tyler C. Gerking

Attorneys for Plaintiffs
SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD

Dated: November 24, 2009                    LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ Rebecca R. Weinreich
     Rebecca R. Weinreich

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. CV-09-4120-CW

- 2 -

23143\2099818.1
12/10/09

**ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    ___    Non-binding Arbitration
    ___    Early Neutral Evaluation (ENE)
    ___X  Mediation
    ___    Private ADR

    Deadline for ADR session
    ___    90 days from the date of this order.
    ___ X Other __3-31-10_____

IT IS SO ORDERED.
Dated:  12/10/09

CLAUDIA WILKEN
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS                - 3 -
CASE NO. CV-09-4120-CW

23143\2099818.1
12/10/09