Mary E. McCutcheon (State Bar No. 099939)
mmccutcheon@fbm.com
Tyler C. Gerking (State Bar No. 222088)
tgerking@fbm.com
Brett R. Wheeler (State Bar No. 260714)
bwheeler@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs
SEAGATE TECHNOLOGY LLC,
SEAGATE TECHNOLOGY
INTERNATIONAL, SEAGATE
SINGAPORE INTERNATIONAL
    HEADQUARTERS PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware corporation, SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands Company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD, a Singapore corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>    Defendants. | Case No.  4:09-cv-04120-CW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2; [PROPOSED] ORDER**<br><br>Judge:         Hon. Claudia Wilken<br>Courtroom:  2<br><br>Complaint Filed:  September 4, 2009 |

  Pursuant to Civil L.R. 6-2, the parties, through their undersigned counsel, submit the following stipulation and request an order changing time:

  WHEREAS, the Court filed a Minute Order and Case Management Order on December

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. REQUEST FOR ORDER CHANGING TIME;
[PROPOSED] ORDER -- CASE NO. CV-09-4120-CW

23143\2245144.1

1  18, 2009 (the "December 18 Order"), which set the schedule for the above-captioned case as
2  follows:

3  • 1/12/10: Completion of briefing on Plaintiffs' summary judgment
4    motion as to Defendant Insurance Company of the State of
5    Pennsylvania's ("ISOP") duty to defend and Defendants'
6    motion to compel arbitration
7  • 3/31/10: Completion of ADR session
8  • 6/15/10: Completion of fact discovery
9  • 6/18/10: Disclosure of identities and reports of expert witnesses
10 • 7/09/10: Disclosure of expert rebuttal reports
11 • 7/30/10: Completion of expert discovery
12 • 8/12/10: Defendants to file case-dispositive motion
13 • 8/26/10: Plaintiff to file opposition to case-dispositive motion and any
14   cross-motion
15 • 9/2/10: Defendants to file reply/opposition to cross-motion
16 • 9/9/10: Plaintiff to file reply in support of cross-motion
17 • 9/23/10: Hearing of all case-dispositive motions and further case
18   management conference
19 • 3/29/11: Final pre-trial conference
20 • 4/11/11: 10-day jury trial to begin

21     WHEREAS, the parties completed briefing on Plaintiffs' summary judgment motion and
22 Defendants' motion to compel arbitration and the ADR session within the schedule set forth in
23 the December 18 Order;
24     WHEREAS, the parties have engaged in fact discovery and are continuing to do so;
25     WHEREAS, neither Plaintiffs nor Defendants expect to be able to complete fact discovery
26 by the June 15, 2010 deadline;
27     WHEREAS, the parties believe and agree that they need approximately four months from
28 today's date to complete fact discovery, as they require additional written and document

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. REQUEST FOR ORDER CHANGING TIME;
[PROPOSED] ORDER -- CASE NO. CV-09-4120-CW
- 2 -
23143\2245144.1

1  discovery, the resolution of disputes regarding written and document discovery, and the taking of
2  depositions;
3      WHEREAS, the deadlines for the completion of fact and expert discovery and the hearing
4  of dispositive motions may be extended without any effect on the current final pre-trial
5  conference and the trial date;
6      WHEREAS, the parties have never before requested from this Court an extension of any
7  deadline in this case;
8      THEREFORE, IT IS HEREBY STIPULATED THAT:
9      Subject to the Court's approval of this Stipulation, the schedule set forth in the December
10 18 Order shall be modified as follows:

- 8/27/10: Completion of fact discovery
- 8/30/10: Disclosure of identities and reports of expert witnesses
- 9/20/10: Disclosure of expert rebuttal reports
- 10/8/10: Completion of expert discovery
- 10/21/10: Defendants to file case-dispositive motion
- 11/4/10: Plaintiff to file opposition to case-dispositive motion and any cross-motion
- 11/11/10: Defendants to file reply/opposition to cross-motion
- 11/18/10: Plaintiff to file reply in support of cross-motion
- 12/9/10 at 2:00 p.m.: Hearing of all case-dispositive motions and further case management conference
- 3/29/11 at 2:00 p.m.: Final pre-trial conference (UNCHANGED)
- 4/11/11 at 8:30 a.m.: 10-day jury trial to begin (UNCHANGED)

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. REQUEST FOR ORDER CHANGING TIME;
[PROPOSED] ORDER -- CASE NO. CV-09-4120-CW

- 3 -

23143\2245144.1

| | | |
|---|---|---|
| 1 | Dated: May 7, 2010 | FARELLA BRAUN + MARTEL LLP |
| 2 | I represent that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of her signature on this document. | |
| 3 | | By: /s/ Tyler C. Gerking |
| | | Tyler C. Gerking |
| 4 | | |
| 5 | | Attorneys for Plaintiffs |
| | | SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD |
| 8 | Dated: May 7, 2010 | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| 11 | | By: /s/ Rebecca R. Weinreich |
| | | Rebecca R. Weinreich |
| 12 | | Attorneys for Defendants |
| | | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA |

16   PURSUANT TO STIPULATION, IT IS SO ORDERED.

19   Dated: __MAY 10, 2010__    _____
             JUDGE CLAUDIA WILKEN
             United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. REQUEST FOR ORDER CHANGING TIME;
[PROPOSED] ORDER -- CASE NO. CV-09-4120-CW    - 4 -    23143\2245144.1