UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAGATE TECHNOLOGY, et al.,

        Plaintiffs,

  v.

NATIONAL UNION FIRE INS., et al.,

        Defendants.
_____/

No. C 09-4120 CW (MEJ)

**DISCOVERY ORDER RE: DKT. ##53-54**

The Court is in receipt of the parties' joint discovery dispute letters, filed July 23, 2006. (Dkt. ##53, 54.) Upon review of the parties' positions, the Court ORDERS as follows:

1) Defendants shall produce documents regarding reserves, reinsurance, and communications with other insurers in response to Plaintiff's document requests. Said production shall be limited to reserve and reinsurance information related to the agreements at issue in this case, and Defendants shall redact any information that could reveal other insureds' identities.

2) Defendants are entitled to claim attorney-client privilege for communications between either party's attorneys and the other party's claim representatives. Accordingly, any such documents need not be produced in response to Plaintiff's document requests.

**IT IS SO ORDERED**

Dated: July 26, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge