1   REBECCA R. WEINREICH, SB# 155684
        E-Mail: weinreich@lbbslaw.com
2   STEPHEN V. KOVARIK, SB# 184656
        E-Mail: kovarik@lbbslaw.com
3   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    221 North Figueroa Street, Suite 1200
4   Los Angeles, California 90012
    Telephone: 213.250.1800
5   Facsimile: 213.250.7900

6   Attorneys for Defendant
    National Union Fire Insurance Company of Pittsburgh, Pa. and
7   Insurance Company of the State of Pennsylvania

8                           UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  SEAGATE TECHNOLOGY LLC, a                CASE NO. CV- 09-4120-CV
12  Delaware corporation, SEAGATE
    TECHNOLOGY INTERNATIONAL, a              STIPULATED REQUEST FOR ORDER
13  Cayman Islands Company; SEAGATE          CHANGING TIME PURSUANT TO CIVIL
    SINGAPORE INTERNATIONAL                  L.R. 6-2; [PROPOSED] ORDER
14  HEADQUARTERS PTE LTD, a Singapore
    corporation,                            Judge: Hon. Claudia Wilken
15                                           Courtroom: 2
                  Plaintiff,
16                                           Complaint Filed: September 4, 2009
            v.
17
    NATIONAL UNION FIRE INSURANCE
18  COMPANY OF PITTSBURGH, PA, a
    Pennsylvania corporation; INSURANCE
19  COMPANY OF THE STATE OF
    PENNSYLVANIA, a Pennsylvania
20  Corporation.

21                Defendants.

22

23

24          Pursuant to Civil L.R. 6-2, the parties, through their undersigned counsel, submit the

25  following stipulation and request an order changing time:

26          WHEREAS, the Court filed a Minute Order and Case Management Order on December

27  18, 2009 (the "December 18 Order"), which set the schedule for the above-captioned case as

28  follows:

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4842-4032-8967.1                              -1-                        CV- 09-4120-CV

1        1/12/10: Completion of briefing on Plaintiffs' summary judgment motion as to Defendant

2   Insurance Company of the State of Pennsylvania's ("ISOP") duty to defend and Defendants'

3   motion to compel arbitration

4        03/31/10: Completion of ADR session

5        06/15/10: Completion of fact discovery

6        06/18/10: Disclosure of identities and reports of expert witnesses

7        07/09/10: Disclosure of expert rebuttal reports

8        07/30/10: Completion of expert discovery

9        08/12/10: Defendants to file case-dispositive motion

10      08/26/10: Plaintiff to file opposition to case-dispositive motion and any cross-motion

11      09/02/10: Defendants to file reply/opposition to cross-motion

12      09/10/10: Plaintiff to file reply in support of cross-motion

13      09/23/10: Hearing of all case-dispositive motions and further case management conference

14      03/29/11: Final pre-trial conference

15      04/11/11: 10-day jury trial to begin

16        WHEREAS, the parties completed briefing on Plaintiffs' summary judgment motion and

17   Defendants' motion to compel arbitration and the ADR session within the schedule set forth in the

18   December 18 Order;

19        WHEREAS, on May 7, 2010, the parties requested that the Court continue the dates for the

20   completion of fact and expert discovery and the hearing of dispositive motions, but not extend the

21   current final pre-trial conference and the trial dates;

22        WHEREAS, on May 10, 2010, the Court granted the parties' request and approved the

23   following schedule:

24      08/27/10: Completion of fact discovery

25      08/30/10: Disclosure of identities and reports of expert witnesses

26      09/20/10: Disclosure of expert rebuttal reports

27      10/08/10: Completion of expert discovery

28      10/21/10: Defendants to file case-dispositive motion

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   11/04/10: Plaintiff to file opposition to case-dispositive motion and any cross-motion

2   11/11/10: Defendants to file reply/opposition to cross-motion

3   11/18/10: Plaintiff to file reply in support of cross-motion

4   12/09/10 at 2:00 p.m.: Hearing of all case-dispositive motions and further case

5   management conference

6   03/29/11 at 2:00 p.m.: Final pre-trial conference (UNCHANGED)

7   04/11/11 at 8:30 a.m.: 10-day jury trial to begin (UNCHANGED)

8   WHEREAS, the parties have engaged in fact discovery and anticipate completing such

9   discovery by the current August 27, 2010 completion date.

10   WHEREAS, neither Plaintiffs nor Defendants believe that expert witnesses will have

11   sufficient time to review the transcripts from the depositions of fact witness and prepare expert

12   reports by the August 30, 2010 deadline.

13   WHEREAS, the parties believe and agree that four additional weeks would be required for

14   the completion of expert discovery and the hearing of dispositive motions.

15   WHEREAS, the deadlines for the completion of expert discovery and the hearing of

16   dispositive motions may be extended without any effect on the current final pre-trial conference

17   and the trial date;

18   THEREFORE, IT IS HEREBY STIPULATED THAT subject to the Court's approval of

19   this Stipulation, the schedule set forth in the December18 Order shall be modified as follows:

20   09/27/10: Disclosure of identities and reports of expert witnesses

21   10/18/10: Disclosure of expert rebuttal reports

22   11/05/10: Completion of expert discovery

23   11/18/10: Defendants to file case-dispositive motion

24   12/09/10: Plaintiff to file opposition to case-dispositive motion and any cross-motion

25   12/16/10: Defendants to file reply/opposition to cross-motion

26   12/23/10: Plaintiff to file reply in support of cross-motion

27   ~~01/13/10~~ at 2:00 p.m.: Hearing of all case-dispositive motions and further case
     **1/13/11**

28   management conference

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4842-4032-8967.1          -3-          CV- 09-4120-CV
STIP. REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER

1      03/29/11 at 2:00 p.m.: Final pre-trial conference (UNCHANGED)

2      04/11/11 at 8:30 a.m.: 10-day jury trial to begin (UNCHANGED)

3

4   DATED: July 29, 2010           LEWIS BRISBOIS BISGAARD & SMITH LLP

5

6                     By____/s/ Stephen V. Kovarik_____

7                           Rebecca R. Weinreich

7                           Stephen V. Kovarik

8                     Attorneys for Defendants
National Union Fire Insurance Company of
Pittsburgh, Pa. and Insurance Company of

9                     the State of Pennsylvania

10

11   DATED: July 29, 2010           FARELLA BRAUN + MARTEL, LLP

12

13                     By____/s/ Tyler C. Gerking_____

14                     Attorneys for Plaintiffs
Seagate Technology, LLC, Seagate Technology
International, and Seagate Singapore International

15                     Headquarters PTE LTD

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4842-4032-8967.1          -4-          CV- 09-4120-CV
STIP. REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER

1    File's Attestation:  Pursuant to General Order No. 45, §X(B), I attest under penalty of

2    perjury that concurrence in the filing of the document has been obtained from its signatory.

3    DATED: July 29, 2010                    Respectfully submitted,

4                                            /s/ Stephen V. Kovarik
                                             Stephen V. Kovarik
5

6

7        PURSUANT TO STIPULATION, IT IS SO ORDERED,

8

9

10   DATED:  8/2/2010

       THE HONORABLE CLAUDIA WILKIN
11                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4842-4032-8967.1          -5-                    CV- 09-4120-CV
STIP. REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER