1  Mary E. McCutcheon (State Bar No. 099939)
       mmccutcheon@fbm.com
2  Tyler C. Gerking (State Bar No. 222088)
       tgerking@fbm.com
3  Carly O. Alameda (State Bar No. 244424)
       calameda@fbm.com
4  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Plaintiffs
   SEAGATE TECHNOLOGY LLC,
8  SEAGATE TECHNOLOGY
   INTERNATIONAL, SEAGATE
9  SINGAPORE INTERNATIONAL
       HEADQUARTERS PTE LTD

10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                       OAKLAND DIVISION

14

15  SEAGATE TECHNOLOGY LLC, a          Case No.  4:09-cv-04120-CW
    Delaware corporation,
16  SEAGATE TECHNOLOGY                 **STIPULATION AND ORDER TO PERMIT**
    INTERNATIONAL, a Cayman Islands    **DEPOSITION OF ALIJAH RABELLDE**
17  Company; SEAGATE SINGAPORE         **AFTER FACT DISCOVERY CUT-OFF**
    INTERNATIONAL HEADQUARTERS
18  PTE LTD, a Singapore corporation,  Judge:          Hon. Claudia Wilken
                                       Courtroom:      2
19              Plaintiffs,
                                       Complaint Filed:   September 4, 2009
20       vs.

21  NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA, a
22  Pennsylvania corporation; INSURANCE
    COMPANY OF THE STATE OF
23  PENNSYLVANIA, a Pennsylvania
    corporation,
24
                Defendants.
25

26       Pursuant to Civil Local Rules 6-2 and 26-2, the parties, through their undersigned counsel,

27  submit the following stipulation and request an order changing time:

28       WHEREAS, the current fact discovery cut-off is August 27, 2010;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP.  AND [PROPOSED] ORDER TO PERMIT
DEPOSITION OF ALIJAH RABELLDE AFTER FACT
DISCOVERY CUT-OFF -- CASE NO. CV-09-4120-CW                          23143\2351176.1

1   WHEREAS, Plaintiffs have diligently sought to secure the deposition of Alijah Rabellde,

2   a former employee of AIG WorldSource with knowledge relevant to the above-captioned lawsuit,

3   by serving him with a deposition subpoena pursuant to Federal Rule of Civil Procedure 45;

4   WHEREAS, Plaintiffs have been unable to serve Mr. Rabellde with a deposition subpoena

5   to date and, as a result, it is unlikely Plaintiffs will be able to depose Mr. Rabellde before the

6   current fact discovery cut-off of August 27, 2010;

7   WHEREAS, the parties wish to allow Plaintiffs to depose Mr. Rabellde, even if the

8   deposition must occur after the current fact discovery cut-off;

9   THEREFORE, IT IS HEREBY STIPULATED THAT:

10   1.   Plaintiffs may serve Mr. Rabellde with a deposition subpoena and/or take Mr.

11   Rabellde's deposition after the current fact discovery cut-off of August 27, 2010, so long as the

12   deposition occurs on or before September 17, 2010;

13   2.   Plaintiffs shall continue to use reasonable efforts to serve a deposition subpoena on

14   Mr. Rabellde and take his deposition as soon as possible;

15   3.   After Plaintiffs serve Mr. Rabellde with a deposition subpoena, the parties agree to

16   make themselves reasonably available for the deposition of Mr. Rabellde to take place as soon as

17   possible;

18   4.   No other deadlines currently set in this case shall be affected by this Stipulation

19   and [Proposed] Order absent further agreement and application to the Court;

20   5.   The parties may seek further relief from the Court regarding Mr. Rabellde's

21   deposition by stipulation or, absent a stipulation, by motion.

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP.  AND [PROPOSED] ORDER TO PERMIT
DEPOSITION OF ALIJAH RABELLDE AFTER FACT
DISCOVERY CUT-OFF -- CASE NO. CV-09-4120-CW

- 2 -

23143\2351176.1

1   Dated: August 23, 2010                      FARELLA BRAUN + MARTEL LLP

2   I represent that concurrence in the filing of this
    document has been obtained from the other
3   signatory, which shall serve in lieu of his       By:  /s/ Tyler C. Gerking
    signature on this document.                            Tyler C. Gerking
4
                                                  Attorneys for Plaintiffs
5                                                 SEAGATE TECHNOLOGY LLC, SEAGATE
                                                  TECHNOLOGY INTERNATIONAL,
6                                                 SEAGATE SINGAPORE INTERNATIONAL
                                                  HEADQUARTERS PTE LTD
7

8   Dated: August 23, 2010                        LEWIS BRISBOIS BISGAARD & SMITH,
                                                   LLP
9

10
                                                  By:  /s/ Stephen Kovarik
11                                                     Stephen Kovarik

12                                                Attorneys for Defendants
                                                  NATIONAL UNION FIRE INSURANCE
13                                                COMPANY OF PITTSBURGH, PA and
                                                  INSURANCE COMPANY OF THE STATE
14                                                OF PENNSYLVANIA

15

16          PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18

19   Dated:  **8/24/2010**

20                                                JUDGE CLAUDIA WILKEN
                                                  United States District Judge
21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER TO PERMIT
DEPOSITION OF ALIJAH RABELLDE AFTER FACT                 - 3 -                          23143\2351176.1
DISCOVERY CUT-OFF -- CASE NO. CV-09-4120-CW