1   Mary E. McCutcheon (State Bar No. 099939)
        mmccutcheon@fbm.com
2   Tyler C. Gerking (State Bar No. 222088)
        tgerking@fbm.com
3   Carly O. Alameda (State Bar No. 244424)
        calameda@fbm.com
4   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
5   San Francisco, CA  94104
    Telephone:  (415) 954-4400
6   Facsimile:  (415) 954-4480

7   Attorneys for Plaintiffs
    SEAGATE TECHNOLOGY LLC,
8   SEAGATE TECHNOLOGY
    INTERNATIONAL, SEAGATE
9   SINGAPORE INTERNATIONAL
        HEADQUARTERS PTE LTD

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        OAKLAND DIVISION

14

15   SEAGATE TECHNOLOGY LLC, a          Case No.  4:09-cv-04120-CW
     Delaware corporation,
16   SEAGATE TECHNOLOGY                  **STIPULATED REQUEST FOR ORDER**
     INTERNATIONAL, a Cayman Islands     **CHANGING TIME PURSUANT TO CIVIL**
17   Company; SEAGATE SINGAPORE          **LOCAL RULE 6-2; ORDER**
     INTERNATIONAL HEADQUARTERS
18   PTE LTD, a Singapore corporation,   Judge:            Hon. Claudia Wilken
                                         Courtroom:        2
19                    Plaintiffs,
                                         Complaint Filed:   September 4, 2009
20         vs.

21   NATIONAL UNION FIRE INSURANCE
     COMPANY OF PITTSBURGH, PA, a
22   Pennsylvania corporation; INSURANCE
     COMPANY OF THE STATE OF
23   PENNSYLVANIA, a Pennsylvania
     corporation,
24
                      Defendants.
25

26         Pursuant to Civil Local Rule 6-2, the parties, through their undersigned counsel, submit

27   the following stipulation and request an order changing time:

28         WHEREAS, the Court filed a Minute Order and Case Management Order on December

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR ORDER CHANGING
TIME PURSUANT TO CIVIL LOCAL RULE 6-2;
[PROPOSED] ORDER-- CASE NO. CV-09-4120-CW                                23143\2363801.1

1    18, 2009 (the "December 18 Order"), which set the schedule for the above-captioned case as

2    follows:

3           1/12/10: Completion of briefing on Plaintiffs' summary judgment motion as to Defendant

4    Insurance Company of the State of Pennsylvania's ("ISOP") duty to defend and Defendants'

5    motion to compel arbitration

6           03/31/10: Completion of ADR session

7           06/15/10: Completion of fact discovery

8           06/18/10: Disclosure of identities and reports of expert witnesses

9           07/09/10: Disclosure of expert rebuttal reports

10          07/30/10: Completion of expert discovery

11          08/12/10: Defendants to file case-dispositive motion

12          08/26/10: Plaintiff to file opposition to case-dispositive motion and any cross-motion

13          09/02/10: Defendants to file reply/opposition to cross-motion

14          09/09/10: Plaintiff to file reply in support of cross-motion

15          09/23/10: Hearing of all case-dispositive motions and further case management

16   conference

17          03/29/11: Final pre-trial conference

18          04/11/11: 10-day jury trial to begin

19          WHEREAS, the parties completed briefing on Plaintiffs' summary judgment motion and

20   Defendants' motion to compel arbitration and the ADR session within the schedule set forth in

21   the December 18 Order;

22          WHEREAS, on May 7, 2010, the parties requested that the Court continue the dates for

23   the completion of fact and expert discovery and the hearing of dispositive motions, but not extend

24   the current final pre-trial conference and the trial dates;

25          WHEREAS, on May 10, 2010, the Court granted the parties' request and approved the

26   following schedule:

27          08/27/10: Completion of fact discovery

28          08/30/10: Disclosure of identities and reports of expert witnesses

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR ORDER CHANGING
TIME PURSUANT TO CIVIL LOCAL RULE 6-2;
[PROPOSED] ORDER-- CASE NO. CV-09-4120-CW                - 2 -                          23143\2363801.1

1    09/20/10: Disclosure of expert rebuttal reports

2    10/08/10: Completion of expert discovery

3    10/21/10: Defendants to file case-dispositive motion

4    11/04/10: Plaintiff to file opposition to case-dispositive motion and any cross-motion

5    11/11/10: Defendants to file reply/opposition to cross-motion

6    11/18/10: Plaintiff to file reply in support of cross-motion

7    12/09/10 at 2:00 p.m.: Hearing of all case-dispositive motions and further case

8    management conference

9    03/29/11 at 2:00 p.m.: Final pre-trial conference (UNCHANGED)

10   04/11/11 at 8:30 a.m.: 10-day jury trial to begin (UNCHANGED)

11   WHEREAS, on July 29, 2010, the parties requested that the Court continue the dates for

12   the completion of expert discovery and the hearing of dispositive motions, but not extend the

13   current final pre-trial conference and the trial dates;

14   WHEREAS, on August 2, 2010, the Court granted the parties' request and approved the

15   following schedule:

16   09/27/10: Disclosure of identities and reports of expert witnesses

17   10/18/10: Disclosure of expert rebuttal reports

18   11/05/10: Completion of expert discovery

19   11/18/10: Defendants to file case-dispositive motion

20   12/09/10: Plaintiff to file opposition to case-dispositive motion and any cross-motion

21   12/16/10: Defendants to file reply/opposition to cross-motion

22   12/23/10: Plaintiff to file reply in support of cross-motion

23   01/13/11 at 2:00 p.m.: Hearing of all case-dispositive motions and further case

24   management conference

25   03/29/11 at 2:00 p.m.: Final pre-trial conference (UNCHANGED)

26   04/11/11 at 8:30 a.m.: 10-day jury trial to begin (UNCHANGED)

27   WHEREAS, on August 23, 2010, the parties requested that the Court order that Plaintiffs

28   may serve a former employee of AIG WorldSource who had not yet been located, Mr. Alijah

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR ORDER CHANGING
TIME PURSUANT TO CIVIL LOCAL RULE 6-2;
[PROPOSED] ORDER-- CASE NO. CV-09-4120-CW                      - 3 -                      23143\2363801.1

1  Rabellde, with a deposition subpoena and/or take Mr. Rabellde's deposition after the fact

2  discovery cut-off of August 27, 2010, so long as the deposition occurred on or before September

3  17, 2010;

4      WHEREAS, on August 24, 2010, the Court granted the parties' request to extend the time

5  to take Mr. Rabellde's deposition; no other deadlines were affected at that time;

6      WHEREAS, Plaintiffs have continued to diligently seek to secure the deposition of Mr.

7  Rabellde but have not yet been able to serve him with a deposition subpoena;

8      WHEREAS, as a courtesy to Seagate, Defendants have agreed to allow Plaintiffs an

9  additional two weeks to depose Mr. Rabellde;

10      WHEREAS, the parties agree to continue by two weeks the cut-off for taking Mr.

11  Rabellde's deposition, expert disclosures, and expert discovery;

12      THEREFORE, IT IS HEREBY STIPULATED THAT:

13      1.      Plaintiffs may serve Mr. Rabellde with a deposition subpoena and/or take Mr.

14  Rabellde's deposition so long as the deposition occurs on or before October 1, 2010;

15      2.      The schedule set forth in the August 2, 2010 order shall be modified as follows:

16              10/12/10: Disclosure of identities and reports of expert witnesses

17              11/1/10: Disclosure of expert rebuttal reports

18              11/18/10: Completion of expert discovery

19      3.      No other deadlines currently set in this case shall be affected by this Stipulation

20  and [Proposed] Order absent further agreement and application to the Court.

21

22  Dated: September 8, 2010                    FARELLA BRAUN + MARTEL LLP

23  I represent that concurrence in the filing of this
    document has been obtained from the other
    signatory, which shall serve in lieu of his          By:  /s/ Tyler C. Gerking
24  signature on this document.                                Tyler C. Gerking

25                                              Attorneys for Plaintiffs
                                                SEAGATE TECHNOLOGY LLC, SEAGATE
26                                              TECHNOLOGY INTERNATIONAL,
                                                SEAGATE SINGAPORE INTERNATIONAL
27                                              HEADQUARTERS PTE LTD

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR ORDER CHANGING
TIME PURSUANT TO CIVIL LOCAL RULE 6-2;
[PROPOSED] ORDER-- CASE NO. CV-09-4120-CW                - 4 -                    23143\2363801.1

1     Dated: September 8, 2010                   LEWIS BRISBOIS BISGAARD & SMITH,

2                                           LLP

3

4                             By:   /s/ Stephen Kovarik

                                    Stephen Kovarik

5                             Attorneys for Defendants

6                             NATIONAL UNION FIRE INSURANCE

                            COMPANY OF PITTSBURGH, PA and

7                             INSURANCE COMPANY OF THE STATE

                            OF PENNSYLVANIA

8

9            PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11

12     Dated: 9/9/2010

13                                   JUDGE CLAUDIA WILKEN

                                  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER CHANGING
TIME PURSUANT TO CIVIL LOCAL RULE 6-2;       - 5 -                          23143\2363801.1
[PROPOSED] ORDER-- CASE NO. CV-09-4120-CW

**PROOF OF SERVICE**

  I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action.  My business address is:  Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California  94104.

  On this date I served the within document(s):

**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2; [PROPOSED] ORDER**

 **X** **BY ELECTRONIC FILING:**  the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

Rebecca R. Weinreich, Esq.
Stephen Kovarik, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone:  (213) 250-1800
Facsimile:  (213) 481-0621
E-mail:  weinreich@lbbslaw.com
Attorneys for Defendants National Union Fire Insurance Company Of Pittsburgh, PA and Insurance Company Of The State Of Pennsylvania

 **X** **MAIL:**  by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service.  I am readily familiar with the ordinary business practice of this office for processing mail.

 **X** **ELECTRONIC TRANSMISSION:**  a true and correct copy transmitted to each of the parties at the electronic notification address last given by said party on any document which he or she has filed in this action and served upon this office.

  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed in San Francisco, California on **September 9, 2010**.


   _/s/  Lawrence L. Coles_____
   Lawrence L. Coles

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR ORDER CHANGING
TIME PURSUANT TO CIVIL LOCAL RULE 6-2;
[PROPOSED] ORDER-- CASE NO. CV-09-4120-CW

- 6 -

23143\2363801.1