1   Mary E. McCutcheon (State Bar No. 099939)
      mmccutcheon@fbm.com
2   Tyler C. Gerking (State Bar No. 222088)
      tgerking@fbm.com
3   Carly O. Alameda (State Bar No. 244424)
      calameda@fbm.com
4   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
5   San Francisco, CA  94104
    Telephone:  (415) 954-4400
6   Facsimile:  (415) 954-4480

7   Attorneys for Plaintiffs
    SEAGATE TECHNOLOGY LLC,
8   SEAGATE TECHNOLOGY
    INTERNATIONAL, SEAGATE
9   SINGAPORE INTERNATIONAL
       HEADQUARTERS PTE LTD
10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                         OAKLAND DIVISION

14

15  SEAGATE TECHNOLOGY LLC, a          Case No.  4:09-cv-04120-CW
    Delaware corporation,
16  SEAGATE TECHNOLOGY                 [PROPOSED] ORDER REGARDING
    INTERNATIONAL, a Cayman Islands    DEPOSITION OF MARY McCUTCHEON
17  Company; SEAGATE SINGAPORE
    INTERNATIONAL HEADQUARTERS
18  PTE LTD, a Singapore corporation,

19                  Plaintiffs,

20         vs.

21  NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA, a
22  Pennsylvania corporation; INSURANCE
    COMPANY OF THE STATE OF
23  PENNSYLVANIA, a Pennsylvania
    corporation,
24
                    Defendants.
25

26

27         The Court received and reviewed the parties' joint dispute letter regarding the deposition

28  of Mary McCutcheon, filed on August 25, 2010.  The parties then participated in a telephonic

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER REGARDING DEPOSITION OF
MARY E. MCCUTCHEON -- CASE NO. CV-09-4120-
CW

23143\2364195.1

1   hearing with the Court on Friday, September 3, 2010.  Plaintiffs Seagate Technology LLC,

2   Seagate Technology International, and Seagate Singapore International Headquarters PTE Ltd.

3   ("Seagate") were represented by Tyler Gerking.  Defendants Insurance Company of the State of

4   Pennsylvania ("ISOP") and National Union Fire Insurance Company of Pittsburgh, PA ("National

5   Union") were represented by Stephen Kovarik.

6           Upon consideration of the parties' positions, the Court ORDERS as follows:

7           1.      Defendants ISOP and National Union may not depose Seagate's counsel, Mary

8   McCutcheon, unless and until Seagate identifies Ms. McCutcheon as a witness to testify at trial in

9   the above-referenced lawsuit.

10          2.      If Seagate decides to have Ms. McCutcheon testify as a witness at trial, Seagate

11  shall give notice to Defendants of such intention and produce Ms. McCutcheon for deposition at

12  least 60 days prior to the first day of trial.

13  IT IS SO ORDERED.

14

15
    Dated:_____
16    September 13, 2010                        _____
                                                JUDGE MARIA-ELENA JAMES
17                                              Chief United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER REGARDING DEPOSITION OF
MARY E. MCCUTCHEON -- -- CASE NO. CV-09-4120-
CW                                        - 2 -                                        23143\2364195.1

**PROOF OF SERVICE**

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is:  Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California  94104.

On this date I served the within document(s):

**[PROPOSED] ORDER REGARDING DEPOSITION OF MARY McCUTCHEON**

 **X**     **BY ELECTRONIC FILING:**  the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

Rebecca R. Weinreich, Esq.
Stephen Kovarik, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone:  (213) 250-1800
Facsimile:  (213) 481-0621
E-mail:  weinreich@lbbslaw.com; kovarik@lbbslaw.com
Attorneys for Defendants National Union Fire Insurance Company Of Pittsburgh, PA and
Insurance Company Of The State Of Pennsylvania

 **X**     **MAIL:**  by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service.  I am readily familiar with the ordinary business practice of this office for processing mail.

 **X**     **ELECTRONIC TRANSMISSION:**  a true and correct copy transmitted to each of the parties at the electronic notification address last given by said party on any document which he or she has filed in this action and served upon this office.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed in San Francisco, California on **September 10, 2010**.


 /s/  Lawrence L. Coles
Lawrence L. Coles

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PROPOSED] ORDER REGARDING DEPOSITION OF
MARY E. MCCUTCHEON -- -- CASE NO. CV-09-4120-
CW

- 3 -

23143\2364195.1