Mary E. McCutcheon (State Bar No. 099939)
  mmccutcheon@fbm.com
Tyler C. Gerking (State Bar No. 222088)
  tgerking@fbm.com
Carly O. Alameda (State Bar No. 244424)
  calameda@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiffs
SEAGATE TECHNOLOGY LLC,
SEAGATE TECHNOLOGY
INTERNATIONAL, SEAGATE
SINGAPORE INTERNATIONAL
  HEADQUARTERS PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware corporation, SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands Company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD, a Singapore corporation,<br><br>            Plaintiffs,<br><br>     vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>            Defendants. | Case No.  4:09-cv-04120-CW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2; ORDER**<br><br>Judge:         Hon. Claudia Wilken<br>Courtroom:   2<br><br>Complaint Filed:   September 4, 2009 |

Pursuant to Civil Local Rule 6-2, the parties, through their undersigned counsel, submit the following stipulation and request an order changing time:

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR ORDER CHANGING
TIME PURSUANT TO CIVIL LOCAL RULE 6-2;
[PROPOSED] ORDER-- CASE NO. CV-09-4120-CW

23143\2377884.1

1   WHEREAS, the Court filed a Minute Order and Case Management Order on December
2   18, 2009 (the "December 18 Order"), which set the schedule for the above-captioned case as
3   follows:

4       1/12/10: Completion of briefing on Plaintiffs' summary judgment motion as to
5       Defendant Insurance Company of the State of Pennsylvania's ("ISOP") duty to
6       defend and Defendants' motion to compel arbitration
7       03/31/10: Completion of ADR session
8       06/15/10: Completion of fact discovery
9       06/18/10: Disclosure of identities and reports of expert witnesses
10      07/09/10: Disclosure of expert rebuttal reports
11      07/30/10: Completion of expert discovery
12      08/12/10: Defendants to file case-dispositive motion
13      08/26/10: Plaintiff to file opposition to case-dispositive motion and any cross-
14      motion
15      09/02/10: Defendants to file reply/opposition to cross-motion
16      09/09/10: Plaintiff to file reply in support of cross-motion
17      09/23/10: Hearing of all case-dispositive motions and further case management
18      conference
19      03/29/11: Final pre-trial conference
20      04/11/11: 10-day jury trial to begin

21   WHEREAS, the parties completed briefing on Plaintiffs' summary judgment motion and
22   Defendants' motion to compel arbitration and the ADR session within the schedule set forth in
23   the December 18 Order;
24   WHEREAS, on May 7, 2010, the parties requested that the Court continue the dates for
25   the completion of fact and expert discovery and the hearing of dispositive motions, but not extend
26   the current final pre-trial conference and the trial dates;
27   WHEREAS, on May 10, 2010, the Court granted the parties' request and approved the
28   following schedule:

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST FOR ORDER CHANGING
TIME PURSUANT TO CIVIL LOCAL RULE 6-2;     - 2 -     23143\2377884.1
[PROPOSED] ORDER-- CASE NO. CV-09-4120-CW

      08/27/10: Completion of fact discovery

      08/30/10: Disclosure of identities and reports of expert witnesses

      09/20/10: Disclosure of expert rebuttal reports

      10/08/10: Completion of expert discovery

      10/21/10: Defendants to file case-dispositive motion

      11/04/10: Plaintiff to file opposition to case-dispositive motion and any cross-motion

      11/11/10: Defendants to file reply/opposition to cross-motion

      11/18/10: Plaintiff to file reply in support of cross-motion

      12/09/10 at 2:00 p.m.: Hearing of all case-dispositive motions and further case management conference

      03/29/11 at 2:00 p.m.: Final pre-trial conference (UNCHANGED)

      04/11/11 at 8:30 a.m.: 10-day jury trial to begin (UNCHANGED)

WHEREAS, on July 29, 2010, the parties requested that the Court continue the dates for the completion of expert discovery and the hearing of dispositive motions, but not extend the current final pre-trial conference and the trial dates;

WHEREAS, on August 2, 2010, the Court granted the parties' request and approved the following schedule:

      09/27/10: Disclosure of identities and reports of expert witnesses

      10/18/10: Disclosure of expert rebuttal reports

      11/05/10: Completion of expert discovery

      11/18/10: Defendants to file case-dispositive motion

      12/09/10: Plaintiff to file opposition to case-dispositive motion and any cross-motion

      12/16/10: Defendants to file reply/opposition to cross-motion

      12/23/10: Plaintiff to file reply in support of cross-motion

      01/13/11 at 2:00 p.m.: Hearing of all case-dispositive motions and further case management conference

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR ORDER CHANGING
TIME PURSUANT TO CIVIL LOCAL RULE 6-2;
[PROPOSED] ORDER-- CASE NO. CV-09-4120-CW

- 3 -

23143\2377884.1

1            03/29/11 at 2:00 p.m.: Final pre-trial conference (UNCHANGED)

2            04/11/11 at 8:30 a.m.: 10-day jury trial to begin (UNCHANGED)

3      WHEREAS, on August 23, 2010, the parties requested that the Court order that Plaintiffs may serve a former employee of AIG WorldSource who had not yet been located, Mr. Alijah Rabellde, with a deposition subpoena and/or take Mr. Rabellde's deposition after the fact discovery cut-off of August 27, 2010, so long as the deposition occurred on or before September 17, 2010;

8      WHEREAS, on August 24, 2010, the Court granted the parties' request to extend the time to take Mr. Rabellde's deposition; no other deadlines were affected at that time;

10      WHEREAS, on September 8, 2010, the parties requested that the Court order that Plaintiffs may have an additional two weeks to take the deposition of Mr. Rabellde;

12      WHEREAS, on September 9, 2010 the Court granted the parties' request to extend the time to take Mr. Rabellde's deposition to October 1, 2010.  The schedule set forth in the August 2, 2010 order was modified only as follows:

15            10/12/10: Disclosure of identities and reports of expert witnesses

16            11/1/10: Disclosure of expert rebuttal reports

17            11/18/10: Completion of expert discovery

18      WHEREAS, Plaintiffs have continued to diligently seek to secure the deposition of Mr. Rabellde but have not yet been able to serve him with a deposition subpoena;

20      WHEREAS, as a courtesy to Seagate, Defendants have agreed to allow Plaintiffs an additional five days to depose Mr. Rabellde, so that Plaintiffs can depose Mr. Rabellde through October 6, 2010;

23      THEREFORE, IT IS HEREBY STIPULATED THAT:

24      1.     Plaintiffs may serve Mr. Rabellde with a deposition subpoena and/or take Mr. Rabellde's deposition so long as the deposition occurs on or before October 6, 2010;

26      2.     If Mr. Rabellde is deposed on October 5 or 6, both parties' claims handling experts will have until October 19, 2010 to file their reports; all other deadlines currently set in this case will remain the same, absent further agreement or application to the Court;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR ORDER CHANGING
TIME PURSUANT TO CIVIL LOCAL RULE 6-2;
[PROPOSED] ORDER-- CASE NO. CV-09-4120-CW

- 4 -

23143\2377884.1

1       3.      If Mr. Rabellde's deposition does not take place on October 5 or 6, then all expert

2  reports remain due on the current October 12 due date, and all other deadlines currently set in this

3  case will remain the same, subject to further agreement or application to the Court.

4  Dated: September 24, 2010                         FARELLA BRAUN + MARTEL LLP

5  I represent that concurrence in the filing of this
   document has been obtained from the other
6  signatory, which shall serve in lieu of his         By:  /s/  Tyler C. Gerking
   signature on this document.                              Tyler C. Gerking
7
   Attorneys for Plaintiffs
8  SEAGATE TECHNOLOGY LLC, SEAGATE
   TECHNOLOGY INTERNATIONAL,
9  SEAGATE SINGAPORE INTERNATIONAL
   HEADQUARTERS PTE LTD
10

11 Dated: September 24, 2010                          LEWIS BRISBOIS BISGAARD & SMITH,
                                                      LLP
12

13
                                                      By:  /s/  Stephen Kovarik
14                                                         Stephen Kovarik

15                                                    Attorneys for Defendants
                                                      NATIONAL UNION FIRE INSURANCE
16                                                    COMPANY OF PITTSBURGH, PA and
                                                      INSURANCE COMPANY OF THE STATE
17                                                    OF PENNSYLVANIA

18

19         PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21

22 Dated: 9/28/2010                                   _____
                                                      JUDGE CLAUDIA WILKEN
23                                                    United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST FOR ORDER CHANGING
TIME PURSUANT TO CIVIL LOCAL RULE 6-2;
[PROPOSED] ORDER-- CASE NO. CV-09-4120-CW      - 5 -                              23143\2377884.1

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, employed in the County of San Francisco, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On this date I served the within document(s):

**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2; [PROPOSED] ORDER**

  **X**     **BY ELECTRONIC FILING:**  the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

Rebecca R. Weinreich, Esq.
Stephen Kovarik, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone: (213) 250-1800
Facsimile: (213) 481-0621
E-mail: weinreich@lbbslaw.com
Attorneys for Defendants National Union Fire Insurance Company Of Pittsburgh, PA and Insurance Company Of The State Of Pennsylvania

  **X**     **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

  **X**     **ELECTRONIC TRANSMISSION:** a true and correct copy transmitted to each of the parties at the electronic notification address last given by said party on any document which he or she has filed in this action and served upon this office.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **September 28, 2010**.

/s/ Lawrence L. Coles
Lawrence L. Coles

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2; [PROPOSED] ORDER-- CASE NO. CV-09-4120-CW

- 6 -

23143\2377884.1