REBECCA R. WEINREICH, SB# 155684
    E-Mail: weinreich@lbbslaw.com
STEPHEN V. KOVARIK, SB# 184656
    E-Mail: kovarik@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
National Union Fire Insurance Company of Pittsburgh, Pa. and
Insurance Company of the State of Pennsylvania

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware corporation, SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands Company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD, a Singapore corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania Corporation.<br><br>Defendants. | CASE NO. CV- 09-4120-CW<br><br>STIPULATED REQUEST FOR ORDER CHANGING PAGE LIMIT FOR SUMMARY JUDGMENT MOTIONS PURSUANT TO CIVIL L.R. 7-12; [~~PROPOSED~~] ORDER<br><br>Judge: Hon. Claudia Wilken<br>Courtroom: 2<br><br>Complaint Filed: September 4, 2009 |

Pursuant to Civil L.R. 7-12, the parties, through their undersigned counsel, submit the following stipulation and request an order adjusting the page limits on cross-motions for summary judgment.

WHEREAS, the Court filed a Minute Order and Case Management Order on December 18, 2009, which provided under Additional Matters, in part:

1  Defendant to file dispositive motion by 8/12/10; Plaintiff's
2  opposition and any cross motion (contained within a single brief and
3  limited to 25 pages) due two weeks later; Defendant's reply
4  /opposition to cross motion (contained within a single brief and
5  limited to 25 pages) due one week later; Plaintiff's reply to cross
6  motion due one week thereafter. A Further Case Management
7  Conference will be held on 9/23/10 at 2:00 p.m., whether or not
8  dispositive motions are filed (or on whatever date dispositive
9  motions are set). FCMC statement due one week prior to
10 conference.
11 WHEREAS, on August 2, 2010, the Court granted the parties' request for an order change
12 time that, among other things, set the following schedule for hearing dispositive motions:
13      11/18/10: Defendants to file case-dispositive motion
14      12/09/10: Plaintiff to file opposition to case-dispositive motion and any cross-
15      motion
16      12/16/10: Defendants to file reply/opposition to cross-motion
17      12/23/10: Plaintiff to file reply in support of cross-motion
18      01/13/11 at 2:00 p.m.: Hearing of all case-dispositive motions and further case
19      management conference
20      03/29/11 at 2:00 p.m.: Final pre-trial conference (UNCHANGED)
21      04/11/11 at 8:30 a.m.: 10-day jury trial to begin (UNCHANGED)
22 WHEREAS, the parties have now completed fact discovery and exchanged expert reports.
23 Based on their understanding of the record, the parties believe and agree that additional pages are
24 required in moving and opposition briefs in order to accommodate the filing of a joint motion by
25 both defendants, fully address the facts of the three underlying proceedings (which consisted of
26 two actions in Singapore, three arbitration proceedings, a California state court action, and the
27 counterclaims brought in those matters), and defendant insurers' handling of Plaintiffs' claims for
28 insurance coverage regarding each of those proceedings.



1  WHEREAS, the parties request that the page limit be increased from 25 pages to 35 pages
2  for opening and opposition brief and from 15 to 25 pages for the final reply brief.
3  THEREFORE, IT IS HEREBY STIPULATED THAT subject to the Court's approval of
4  this Stipulation, the page limits set forth in the December 18, 2009 Order shall be modified as
5  follows:
6   1. Defendants' dispositive motions due to be filed November 18, 2010,
7  shall be contained within a single brief and limited to 35 pages;
8   2. Plaintiff's opposition and any cross motion shall be contained within
9  a single brief and limited to 35 pages; and
10  3. Defendant's reply/opposition to cross motion shall be contained
11  within a single brief and limited to 35 pages.
12  4. Plaintiffs' reply shall be contained within a single brief and limited
13  to 25 pages.
14  The timing for the filing of the motion, cross-motion, oppositions and replies and the
15  hearing on dispositive motions remains unchanged.

16  DATED: October 19, 2010            LEWIS BRISBOIS BISGAARD & SMITH LLP

18                       By    /s/ Stephen V. Kovarik
19                       Rebecca R. Weinreich
                         Stephen V. Kovarik
                         Attorneys for Defendants
20                       National Union Fire Insurance Company of
                         Pittsburgh, Pa. and Insurance Company of
21                       the State of Pennsylvania

23  DATED: October 19, 2010            FARELLA BRAUN + MARTEL, LLP

25                       By    /s/ Carly O. Alameda
                         Attorneys for Plaintiffs
26                       Seagate Technology, LLC, Seagate Technology
                         International, and Seagate Singapore International
27                       Headquarters PTE LTD

File's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

DATED: October 19, 2010

Respectfully submitted,

/s/ Stephen V. Kovarik
Stephen V. Kovarik

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: 10/25/2010

THE HONORABLE CLAUDIA WILKEN
United States District Judge

**FEDERAL COURT PROOF OF SERVICE**
Seagate Technology v. National Union - File No. LBBS Matter #6234-7284

STATE OF CALIFORNIA, COUNTY OF Los Angeles

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 19, 2010, I served the following document(s): STIPULATED REQUEST FOR ORDER CHANGING PAGE LIMIT FOR SUMMARY JUDGMENT MOTIONS PURSUANT TO CIVIL L.R. 7-12; [PROPOSED] ORDER

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 19, 2010, at Los Angeles, California.

_____
Tamara Richardson