1  Rebecca R. Weinreich, State Bar No. 155684
   weinreich@lbbslaw.com
2  Stephen V. Kovarik, State Bar No. 184656
   kovarik@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California  90012
   Tel: (213) 250-1800
5  Fax: (213) 481-0621

6  Attorneys for Defendants National Union
   Fire Insurance Company of Pittsburgh, Pa.
7  and Insurance Company of the State of Pennsylvania

8  Mary E. McCutcheon, Esq.
   Tyler C. Gerking, Esq.
9  Brett R. Wheeler, Esq.
   **FARELLA BRAUN + MARTEL, LLP**
10 235 Montgomery Street, 17th Floor
   San Francisco, California  94104
11 Tel: (415) 954-4400
   Fax: (415) 954-4480
12
   Attorneys for Plaintiffs Seagate Technology, LLC, Seagate Technology International,
13 and Seagate Singapore International Headquarters PTE LTD

14                    UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

16

17 | SEAGATE TECHNOLOGY LLC, ) CASE NO. CV-09-4120-CW
   | a Delaware corporation; SEAGATE )
18 | TECHNOLOGY INTERNATIONAL, ) The Honorable Claudia Wilken
   | a Cayman Islands Company; SEAGATE ) Courtroom 2
19 | SINGAPORE INTERNATIONAL )
   | HEADQUARTERS PTE LTD, a Singapore ) **STIPULATION AND ORDER REGARDING**
20 | corporation, ) **DEPOSITION OF A. CHRISTINE DAVIS**
                                       )
21        Plaintiffs,                  )
                                       )
22        v.                           )
                                       )
23 NATIONAL UNION FIRE INSURANCE       )
   COMPANY OF PITTSBURGH, PA, a        )
24 Pennsylvania corporation; INSURANCE )
   COMPANY OF THE STATE OF             )
25 PENNSYLVANIA, a Pennsylvania        )
   corporation,                        )
26                                     )
          Defendants.                  )
27 _____ )

28

4814-8597-4023.1

1  **WHEREAS**, plaintiffs Seagate Technology, LLC, Seagate Technology International, and
2  Seagate Singapore International Headquarters PTE LTD (collectively, "Seagate") have filed a
3  Complaint against National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union")
4  and Insurance Company of the State of Pennsylvania ("ISOP") alleging claims for relief for Breach
5  of Contract and Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing.

6  **WHEREAS**, Seagate retained A. Christine Davis to provide expert testimony in this action
7  regarding the following:

8  a.   The amount of statutory surplus reported in the financial statements of National
9       Union and ISOP based upon the most recent publicly available information; and
10 b.   The financial strength of National Union and ISOP based upon the most recent
11      publicly available information.

12 **WHEREAS**, Ms. Davis issued a report dated October 8, 2010 setting forth her opinions on
13 these two topics (the "October 8 Report").

14 **NOW THEREFORE**, to avoid the expense of depositions, Seagate, National Union and
15 ISOP, by and through their respective counsel, hereby stipulate and agree as follows:

16 1.  National Union and ISOP will forego deposing Ms. Davis in her capacity as an expert
17 in this matter;

18 2.  Seagate agrees that Ms. Davis's testimony at trial will be limited to the facts and
19 opinions contained in the October 8 Report; and

20 3.  If Ms. Davis revises, supplements, or otherwise change the fact and opinions set forth
21 in the October 8 Report, Seagate agrees to make Ms. Davis available for a deposition at a reasonable
22 place and time.

23 DATED: November 9, 2010              LEWIS BRISBOIS BISGAARD & SMITH LLP
24

25                                     By  /s/ Stephen V. Kovarik
                                           Rebecca R. Weinreich
26                                         Stephen V. Kovarik
                                       Attorneys for Defendants,
27                                     National Union Fire Insurance Company of
                                       Pittsburgh, Pa. and Insurance Company of
28                                     the State of Pennsylvania

| | |
|---|---|
| DATED: November 9, 2010 | FARELLA BRAUN + MARTEL, LLP |
| | |
| | By /s/ Tyler Gerking |
| | Mary E. McCutcheon, Esq. |
| | Tyler C. Gerking, Esq. |
| | Brett R. Wheeler, Esq. |
| | Attorneys for Plaintiffs, |
| | Seagate Technology, LLC, Seagate Technology International, and Seagate Singapore International Headquarters PTE LTD |

**File's Attestation**: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

DATED: November 9, 2010          Respectfully submitted,

                                /s/ Stephen V. Kovarik
                                Stephen V. Kovarik

**PURSUANT TO STIPULATION, IT IS SO ORDERED** subject to the Court's modification based on trial proceedings.

DATED:  11/12/2010          _____
                                       THE HONORABLE CLAUDIA WILKEN

**FEDERAL COURT PROOF OF SERVICE**
Seagate Technology, LLC, et al. v. National Union
Fire Insurance Company of Pittsburgh, Pa, et al.
Case No. CV-09-4120-CW

(LBBS File No. 6234-7284)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 9, 2010, I served the following document(s): **STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF A. CHRISTINE DAVIS**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Mary E. McCutcheon, Esq.
Tyler C. Gerking, Esq.
Brett R. Wheeler, Esq.
**FARELLA BRAUN + MARTEL, LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Tel: (415) 954-4400
Fax: (415) 954-4480

Attorneys for Plaintiffs Seagate Technology, LLC, Seagate Technology International, and Seagate Singapore International Headquarters PTE LTD

The documents were served by the following means:

[X]  (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 9, 2010, at Los Angeles, California.

Tamara Richardson

4814-8597-4023.1

CV-09-4120-CW
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEPOSITION OF A. CHRISTINE DAVIS