IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Island corporation; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD, a Singapore corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>    Defendants.<br>_____/ | No. C 09-04120 CW<br><br>ORDER STRIKING PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT, AND MOTION TO STRIKE OR ALTERNATIVELY SEAL CONFIDENTIAL EXHIBITS |

    On November 18, 2010, Defendants moved for partial summary judgment.  Docket No. 85.  On December 10, 2010, Plaintiffs filed an eighteen page motion objecting to Defendants' evidence cited in support of its motion for partial summary judgment.  Docket No. 92. Plaintiffs' motion violated Local Rule 7-3(a) and this Court's standing order which states regarding motions for summary judgment, "Evidentiary and procedural objections shall be contained within the motion, opposition or reply; separate motions to strike will not be considered by the Court."

    Accordingly, the Court strikes Plaintiffs' motion to strike evidence, Docket No. 92, as well as Defendants' opposition to the

motion, Docket No. 102.  The Court grants both parties leave to amend and refile their briefing, incorporating any any evidentiary objections or responses to such objections.  Plaintiffs' refiled opposition to Defendants' motion for partial summary judgment is due December 23, 2010.  Defendants' refiled reply is due by December 30, 2010.  If the parties find it necessary, they may stipulate to a new hearing date, and file their briefing in accordance with the requirements set forth in Local Rule 7-3.

To the extent that Plaintiffs' motion seeks to strike confidential material filed on the public docket by Defendants in support of their motion for partial summary judgment, Plaintiffs' motion is granted with respect to the following exhibits filed at Docket No. 86: Exhibits 22-28, 53, 63, 67, 83, 85-86, 90, 92-94, 96-97, 100-103, 106, 108-111, 115, 117, 120, 122 and 124.  The clerk shall remove these items from the public docket and file them under seal.

Plaintiffs seek to strike Exhibit 63 from the public docket.  However, that exhibit was not included on the public docket.  In addition, Exhibit 63 was not served on Plaintiffs.  Defendants are to serve Exhibit 63 to Plaintiffs, and submit it for filing under seal with the Court.

IT IS SO ORDERED.

Dated: 12/20/2010

CLAUDIA WILKEN
United States District Judge

2