Mary E. McCutcheon (State Bar No. 099939)
   mmccutcheon@fbm.com
Tyler C. Gerking (State Bar No. 222088)
   tgerking@fbm.com
Carly O. Alameda (State Bar No. 244424)
   calameda@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiffs
SEAGATE TECHNOLOGY LLC,
SEAGATE TECHNOLOGY
INTERNATIONAL, SEAGATE
SINGAPORE INTERNATIONAL
   HEADQUARTERS PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware corporation, SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands Company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD, a Singapore corporation,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>                    Defendants. | Case No.  4:09-cv-04120-CW<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:         Hon. Claudia Wilken<br>Courtroom:  2<br><br>Complaint Filed:   September 4, 2009 |

Pursuant to Civil Local Rules 6-2 and 7-7(b), the parties, through their undersigned counsel, submit the following stipulation and request an order continuing the hearing on Defendants' pending Motion for Partial Summary Judgment (the "Motion"):

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING ON DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV-09-4120-CW

23143\2461835.1

1  WHEREAS, the parties have filed their briefing in support of, and in opposition to, the Motion, which is currently set for hearing on January 13, 2011 at 2:00 p.m.;

WHEREAS, on December 20, 2010, the Court issued an Order Striking Plaintiffs' Objections to Defendants' Evidence in Support of Motion for Partial Summary Judgment, and Motion to Strike or Alternatively Seal Confidential Exhibits (the "Order"), granting leave to the parties to amend and refile their briefing to incorporate any evidentiary objections or responses to such objections;

WHEREAS, the Order requires Plaintiffs to file their amended briefing on December 23, 2010 and Defendants to file their amended briefing on December 30, 2010, but allows the parties to stipulate to an alternative schedule;

WHEREAS, the parties wish to continue the hearing date of January 13, 2011 to allow further time to prepare and file the amended briefing;

THEREFORE, IT IS HEREBY STIPULATED THAT:

1. The hearing on the Motion shall be continued from January 13, 2011 to February 10, 2011 at 2:00 p.m.

2. The amended briefing on the Motion shall be filed in accordance with the Order and Civil Local Rule 7-3 (i.e., Plaintiffs shall file their amended briefing on January 20, 2011 and Defendants shall file their amended briefing on January 27, 2011).

3. No other deadlines currently set in this case shall be affected by this Stipulation and [Proposed] Order absent further agreement and application to the Court.

Dated: December 21, 2010                    FARELLA BRAUN + MARTEL LLP

I represent that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature on this document.

By: /s/ Tyler C. Gerking
    Tyler C. Gerking

Attorneys for Plaintiffs
SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV-09-4120-CW

- 2 -

23143\2461835.1

| | |
|---|---|
| Dated: December 21, 2010 | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| | By: /s/ Stephen Kovarik<br>    Stephen Kovarik |
| | Attorneys for Defendants<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA |

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **However, this will leave little time between ruling on the motion and the time for pretrial filings, so trial date may have to be continued.**

Dated: **12/23/2010**

_____
JUDGE CLAUDIA WILKEN
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING ON DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV-09-4120-CW

- 3 -

23143\2461835.1