Mary E. McCutcheon (State Bar No. 099939)
mmccutcheon@fbm.com
Tyler C. Gerking (State Bar No. 222088)
tgerking@fbm.com
Carly O. Alameda (State Bar No. 244424)
calameda@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs
SEAGATE TECHNOLOGY LLC,
SEAGATE TECHNOLOGY INTERNATIONAL,
SEAGATE SINGAPORE INTERNATIONAL
HEADQUARTERS PTE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware limited liability company, SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands corporation; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD, a Singapore corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>Defendants. | Case No. 4:09-cv-04120-CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Date: No Hearing Req'd [Local Rule 7-11(c)]<br>Judge: Honorable Claudia Wilken<br><br>Complaint Filed: September 4, 2009<br>Trial Date: April 11, 2011 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER MOT. TO REMOVE INCORRECTLY
FILED DOCUMENT
CASE NO. 4:09-CV-04120-CW

23143\2488576.1

1  Having considered Plaintiffs Seagate Technology LLC, Seagate Technology International,
2  and Seagate Singapore International Headquarters PTE LTD's ("Seagate") Motion to Remove
3  Incorrectly Filed Document, and for good cause shown, IT IS HEREBY ORDERED that the
4  Motion is GRANTED and Exhibit 76 to the Declaration of Betty Ann Durham in Support of
5  Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment, filed on December
6  10, 2010 (located at Docket No. 97-6 and 97-7), shall be REMOVED from the public record.

**IT IS SO ORDERED.**

DATED: 1/24/2011

*/s/ Claudia Wilken*
HONORABLE CLAUDIA WILKEN

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING MOT. TO REMOVE
INCORRECTLY FILED DOCUMENT       - 1 -
CASE NO. 4:09-CV-04120-CW                                              23143\2488576.1