Mary E. McCutcheon (State Bar No. 099939)
  mmccutcheon@fbm.com
Tyler C. Gerking (State Bar No. 222088)
  tgerking@fbm.com
Carly O. Alameda (State Bar No. 244424)
  calameda@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiffs
SEAGATE TECHNOLOGY LLC,
SEAGATE TECHNOLOGY
INTERNATIONAL, SEAGATE
SINGAPORE INTERNATIONAL
  HEADQUARTERS PTE LTD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware corporation, SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands Company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD, a Singapore corporation,<br><br>         Plaintiffs,<br><br>    vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>         Defendants. | Case No.  4:09-cv-04120-CW<br><br>**STIPULATION AND ORDER OF CONDITIONAL <u>DISMISSAL</u>**<br><br>Judge:           Hon. Claudia Wilken<br>Courtroom:    2<br><br>Complaint Filed:   September 4, 2009 |

WHEREAS, the parties to the above-captioned action have notified the Court that they have entered into a final settlement agreement and release resolving this action in its entirety;

WHEREAS, pursuant to the parties' settlement agreement, the terms of the settlement

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND [PROPOSED] ORDER OF CONDITIONAL
DISMISSAL -- CASE NO. CV-09-4120-CW

23143\2539638.1

1  agreement may not be satisfied until July 11, 2011;

2      WHEREAS, the parties wish to conditionally dismiss this action, allowing the Court to

3  reassert jurisdiction over the action before July 15, 2011 in the event that any term of the

4  settlement agreement is not timely satisfied;

5      THEREFORE, IT IS HEREBY STIPULATED THAT:

6      This action shall be dismissed with prejudice; provided, however, that if any party hereto

7  certifies to the Court, with a proof of service of a copy on opposing counsel, on or before July 14,

8  2011, that any term of the settlement agreement has not been satisfied, this stipulation and order

9  shall be vacated and this action shall be restored to the calendar for further proceedings.

10  Dated: March 15, 2011      FARELLA BRAUN + MARTEL LLP

11  I represent that concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of his signature on this document.

12  By: /s/ Tyler C. Gerking
    Tyler C. Gerking

Attorneys for Plaintiffs
SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY INTERNATIONAL, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD

17  Dated: March 15, 2011      LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ Rebecca R. Weinreich
    Rebecca R. Weinreich

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: **3/16/2011**

JUDGE CLAUDIA WILKEN
United States District Judge