IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, a Delaware corporation; SEAGATE TECHNOLOGY INTERNATIONAL, a Cayman Islands company; SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE LTD, a Singapore corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>    Defendants.<br>_____/ | No. C 09-04120 CW<br><br>ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTIONS TO SEAL (Docket Nos. 81, 87, 95, 101 & 110) |

On March 16, 2011, pursuant to the parties' stipulation, the Court granted conditional dismissal with prejudice of the above-captioned action.  Docket No. 124.  The pending administrative motions to seal, filed at Docket Entry Numbers 81, 87, 95, 101 and 110, are denied without prejudice.  The pertinent documents will not be filed under seal or in the public record.

    IT IS SO ORDERED.


Dated: 3/17/2011                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge